UNITED STATES CONDENSED MILK COMPANY, Appellant, *v.* MAX SMITH et al., Respondents.

*U. S. Condensed Milk Co.* v. *Smith,* 116 App. Div. 15, affirmed.
(Argued February 20, 1908; decided March 13, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and a determination of the trial jus-

tice limiting the recovery to one penalty in an action to recover penalties from the defendants for having in their possession milk cans belonging to the plaintiff.

*C. B. Miller* and *Philip Elting* for appellant.

*Frederick Klein* and *Edmund Bittiner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.